## Exhibit A
## Statement of Claim
## Plaintiff Brackie Beau Bryant

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay Earned[1] | Regular Hourly Rate Paid[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 4/1/14 - 4/27/14 | 3.86 | 69 | $ 660.00 | $ 9.57 | $ 14.35 | $ 534.97 | $ 534.97 |
| 4/28/14 - 5/31/14 | 4.86 | 69 | $ 780.00 | $ 11.30 | $ 16.96 | $ 796.15 | $ 796.15 |
| 6/1/14 - 9/30/14 | 17.43 | 69 | $ 1,204.69 | $ 17.46 | $ 26.19 | $ 4,412.20 | $ 4,412.20 |
| 10/1/14 - 10/31/14 | 4.43 | 59 | $ 1,204.69 | $ 20.42 | $ 30.63 | $ 859.03 | $ 859.03 |
| 11/1/14 - 2/28/15 | 17.14 | 51.23 | $ 1,100.98 | $ 21.49 | $ 32.24 | $ 2,068.66 | $ 2,068.66 |
| 3/1/15 - 3/7/15 | 1.00 | 48 | $ 1,010.98 | $ 21.06 | $ 31.59 | $ 84.25 | $ 84.25 |
| | | | | | | $ 8,755.26 | $ 8,755.26 |

Total Unpaid Overtime Wages[1] = $ 8,755.26
Total Liquidated Damages[1] = $ 8,755.26
Total[1] = $ 17,510.51

**Unpaid Minimum Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Amount Paid[1] | FLSA Minimum Wage Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Liquidated Damages |
|---|---|---|---|---|---|---|
| 1/1/00 - 1/7/00 | 1.00 | 9 | $ - | $ 7.25 | $ 65.25 | $ 65.25 |
| | | | | | $ 65.25 | $ 65.25 |

Total Unpaid Minimum Wages[1] = $ 65.25
Total Liquidated Damages[1] = $ 65.25
Total[1] = $ 130.50

**Total[1] = $ 17,641.01**

[1] Numbers are averages, estimates, and/or approximates. Time and payroll records are in the possession and/or control of Defendants. The amount of damages claimed in this statement of claim, and the amount of damages claimed in the Complaint, may change as information is uncovered through the discovery process.